JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMME J. C.,[1]<br><br>                    Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL, Commissioner of<br>Social Security,<br><br>                    Defendant. | Case No. EDCV 19-02186 PVC<br><br><br>**JUDGMENT** |

        IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that

the above-captioned action is REMANDED to the Commissioner for further action

consistent with the Court's Memorandum Decision and Order.

DATED:  March 23, 2021

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.